IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR26 |
| vs. | ) | ORDER |
| TECUMSEH WOLF, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Tecumseh Wolf (Wolf) (Filing No. 16). Wolf seeks until February 21, 2012, in which to file pretrial motions in accordance with the progression order. Wolf's counsel represents that Wolf will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration and for good cause shown, the motion will be granted.

**IT IS ORDERED:**

Defendant Wolf's motion for an extension of time (Filing No. 16) is granted. Wolf is given until **on or before February 21, 2012,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the **time between February 14, 2012, and February 21, 2012**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 14th day of February, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge