IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR26 |
| vs. | ) | ORDER |
| TECUMSEH WOLF, | ) | |
| Defendant. | ) | |

This matter is before the court following the notification by the Bureau of Prisons of the designation of facility for treatment of defendant Tecumseh Wolf (Wolf) pursuant to the court's determination of incompetency. Wolf shall surrender to the U.S. Marshal for the District of Nebraska at the Roman L. Hruska U.S. Courthouse, Suite B06, 111 South 18th Plaza, Omaha, Nebraska, **on or before 2:00 p.m. on Monday, July 16, 2012,** for transportation to the treatment facility so designated.

**IT IS SO ORDERED.**

DATED this 13th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge